35 So.2d 922

**James KEY v. STATE.**

6 Div. 547.

Court of Appeals of Alabama.
April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

34 So.2d 869

**J. C. KIDD v. STATE.**

8 Div. 602.

Court of Appeals of Alabama.
Feb. 3, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

32 So.2d 184

**Beulah KING, alias Cain v. STATE.**

6 Div. 400.

Court of Appeals of Alabama.
May 6, 1947.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

35 So.2d 922

**John KING v. STATE.**

6 Div. 568.

Court of Appeals of Alabama.
April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

33 So.2d 279

**Romel KING v. CITY OF DOTHAN.**

4 Div. 33.

Court of Appeals of Alabama.
Nov. 18, 1947.

HARWOOD, Judge.
Affirmed.

34 So.2d 870

**Dorothy KITONIS v. STATE.**

6 Div. 593.

Court of Appeals of Alabama.
Feb. 24, 1948.

Geo. E. Trawick, of Birmingham, for appellant.

A. A. Carmichael, Atty. Gen., and Bernard F. Sykes, Asst. Atty. Gen., for the State.

HARWOOD, Judge.

Appeal dismissed on authority of Callahan v. State, ante, p. 362, 33 So.2d 743.